**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>GREGOIRE TOURNANT,<br><br>                Defendant. | No. 22 Cr. 276 (LTS) |

**ATTORNEY DECLARATION IN SUPPORT**
**OF DEFENDANT'S SECOND SET OF PRE-TRIAL MOTIONS**

DANIEL R. ALONSO declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am an attorney admitted to practice before this Court, and I am a partner at Orrick, Herrington & Sutcliffe LLP. I am co-counsel of record for the Defendant, Gregoire Tournant, in the above-captioned case.

2.      Attached as Exhibit A is a true and correct copy of the Statement of Facts attached to the Plea Agreement entered into by Allianz Global Investors U.S. LLC ("AGI U.S.") on May 17, 2022.

3.      Attached as Exhibit B is a true and correct copy of a letter Mr. Tournant's defense team sent to the prosecutors assigned to this case on April 12, 2023, formally requesting a limited bill of particulars.

4.      Attached as Exhibit C is a true and correct copy of the government's response to the April 12, 2023 letter, dated August 13, 2023.

5.　　　Attached as Exhibit D is a true and correct copy of the U.S. Department of Justice's May 17, 2022 Press Release, titled "Three Portfolio Managers and Allianz Global Investors Charged in Connection With Multi-Billion Dollar Fraud Scheme."

6.　　　I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of September, 2023.

_____
DANIEL R. ALONSO